■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT WIGHAM, Appellant. [632 NYS2d 490] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pincus, J.), rendered October 25, 1993, convicting him of manslaughter in the second degree, criminal possession of a weapon in the second degree, and reckless endangerment in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contention is unpreserved for appellate review and, in any event, without merit. O'Brien, J. P., Joy, Altman and Florio, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERROL WILLIAMS, Appellant. [632 NYS2d 490] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Juviler, J.), rendered February 22, 1994, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People improperly introduced evidence concerning his alleged motive for the crime is unpreserved for appellate review *(see,* CPL 470.05 [2]). In any event, in light of the overwhelming evidence of the defendant's guilt, any error was harmless *(see, People v Crimmins,* 36 NY2d 230, 241-242). Balletta, J. P., Rosenblatt, Ritter and Pizzuto, JJ., concur.